UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN THRESH BROWN | CIVIL ACTION |
| VERSUS | NO. 23-3215 |
| TANGIPAHOA PARISH JAIL, ET AL. | SECTION "R" (4) |

## ORDER

Plaintiff Calvin Brown, proceeding *pro se*, brings this action under 42 U.S.C. § 1983, alleging that he has been denied adequate medical care because prison officials at the Tangipahoa Parish Jail have not timely presented him for dialysis for his chronic kidney and heart conditions.[1] On December 21, 2023, Magistrate Judge Karen Wells Roby issued a Report & Recommendation ("R&R"), recommending that the Court dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute or comply with a court order.[2]

Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself

---

[1] R. Doc. 1 (Deficient Complaint).
[2] R. Doc. 9.

that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Roby's R&R as its opinion. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this ___8th___ day of January, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE